# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For Revocation of Supervised Release) |
| v. | Case Number: 15-mj-07004-MEH-01 |
| DANIEL GREGORY | USM Number: 40974-013 |
| | Warren Richard Williamson, AFPD (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 14, as alleged in the probation of ficer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 08/21/2015 |
| 2 | Possession and Use of a Controlled Substance | 09/19/2015 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

January 27, 2016
Date of Imposition of Judgment

*Michael E. Hegarty*
Signature of Judge

Michael E. Hegarty, U.S. Magistrate Judge
Name & Title of Judge

1/29/2016
Date

DEFENDANT: DANIEL GREGORY
CASE NUMBER: 15-mj-07004-MEH-01

Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| # | Violation | Date |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance | 10/05/2015 |
| 4 | Possession and Use of a Controlled Substance | 10/21/2015 |
| 5 | Possession and Use of a Controlled Substance | 11/10/2015 |
| 6 | Possession and Use of a Controlled Substance | 11/16/2015 |
| 7 | Possession and Use of a Controlled Substance | 01/12/2016 |
| 8 | Failure to Report to Probation Officer | 08/21/2015 |
| 9 | Failure to Report to Probation Officer | 09/11/2015 |
| 10 | Failure to Report to Probation Officer | 01/11/2016 |
| 11 | Excessive Use Alcohol | 09/15/2015 |
| 12 | Failure to Participate in Dual Diagnosis (Substance Abuse and Mental Health) Treatment as Directed by the Probation Officer | 01/06/2016 |
| 13 | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer | 01/06/2016 |
| 14 | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer | 08/21/2015 |

DEFENDANT: DANIEL GREGORY  
CASE NUMBER: 15-mj-07004-MEH-01                                                      Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months.

The court recommends that the Bureau of Prisons credit the defendant with 120 days for time spent in presentence confinement.

    The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

    Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By_____  
Deputy United States Marshal